In the Matter of HERBERT DEGENER, an Incompetent Person. In the Matter of the Judicial Settlement of an Account of the Proceedings of WILLIAM DEGENER and Others, etc. WILLIAM DEGENER, as Committee of the Person and Estate of HERBERT DEGENER, an Incompetent Person, and VINCENT A. MASSI and LUCY McALLISTER MARTIN, as Executors of LAWRENCE N. MARTIN, Deceased, Petitioners, Appellants; SAUL GORDON, IRMA DEGENER and AMERICAN SURETY COMPANY OF NEW YORK, Respondents.— Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore and Cohn, JJ.

FRED HENTE, Respondent, v. SHERCOOP CORPORATION, Appellant, Impleaded with Another, Defendant.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [175 Misc. 321.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES A. GALLAGHER, Appellant.— Judgment affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; Martin, P. J., and Townley, J., dissent and vote to reverse and order a new trial because reversible error was committed in admitting Exhibit No. 60 in evidence.

In the Matter of the Application of THE GLUCKIN CORPORATION, a Domestic Corporation, for the Voluntary Dissolution of Such Corporation. HARRY GLUCKIN, Respondent; WILLIAM GLUCKIN, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of HARRY H. ZUCKER and Others, Petitioners, Respondents, for an Order against PAUL J. KERN, President, and Others, Constituting the Municipal Civil Service Commission of the City of New York, and Others, Appellants. JOHN J. McCANN, Intervenor, Respondent.— Final order unanimously affirmed, with costs and disbursements to the petitioners-respondents against the defendants-appellants. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.

PAUL MESSINA, Respondent, v. HUGUEL CORPORATION and SAMUEL DICKSTEIN and ISAAC SAMUELS, Doing Business as SAMUELS & DICKSTEIN, Appellants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.; Martin, P. J., dissents and votes to reverse the judgment as to the defendant Samuel Dickstein, a copartner, doing business as Samuels & Dickstein, and dismiss the complaint as to said defendant.

THEODORE KROELL, Individually and Also in Behalf of Himself and All Other Holders of Voting Trust Certificates Representing Shares of Stock of Defendant NEW YORK AMBASSADOR, INC., Who Shall Choose to Make Themselves Parties to This Action, Respondent, v. DOUGLAS VOUGHT, GEORGE E. ROOSEVELT, PHILIP S. McNALLY and "JOHN" J. ATKINSON, Appellants, Impleaded with Others, Defendants.— Orders, so far as appealed from, unanimously affirmed, each with ten dollars costs and disbursements to the respondent, with leave to plaintiff to serve an amended complaint with respect to said first and second causes of action within twenty days from service of a copy of order with notice of entry thereof; and with leave to the defendants Vought, Roosevelt and McNally and Atkinson to serve, on payment of said costs, answers to the complaint as amended or to the third cause of action. No opinion. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.